**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**Case No. 1:26-cv-00408**

| | |
|---|---|
| MARIANNE TIGAR; JESSIE TIGAR; MARIANNE O. HATCHETT, Trustee of the Marianne O. Hatchett Revocable Trust, dated May 14, 2018,<br><br>Plaintiffs,<br><br>v.<br><br>AUTO-OWNERS INSURANCE COMPANY; ALE SOLUTIONS, INC. and READY STAYS, LLC,<br><br>Defendants. | **NOTICE OF REMOVAL** |

Defendant ALE Solutions, Inc. ("ALE"), by and through counsel and pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, gives notice of removal of the above-captioned action from the General Court of Justice, Superior Court Division for Clay County, North Carolina, Case No. 26CV000231-210, to this Court, the United States District Court for the Western District of North Carolina, and states as follows:

**BACKGROUND AND TIMELINESS OF REMOVAL**

1. On or about October 20, 2026, Plaintiffs Marianne Tigar, Jessie Tigar, and Marianne O. Hatchett, trustee of the Marianne O. Hatchett Revocable Trust dated May 14, 2018 ( collectively "Plaintiffs") filed this action in the General Court of Justice, Superior Court Division for Clay County, North Carolina.

2. On October 27, 2026, ALE was served with the Summons and Complaint by the Wake County Sheriff's Office.

3. This Notice of Removal has been timely filed within thirty (30) days after service

of the initial Complaint. *See* 28 U.S.C. § 1446(b)(1).

4. Pursuant to 28 U.S.C. § 1446(b)(2)(A), all Defendants who have been properly joined and served consent to and join in the removal of this action to this Court.

5. In accordance with 28 U.S.C. § 1446(a), attached hereto as **Exhibits A through E** are copies of all process, pleadings, and orders filed in the General Court of Justice, Superior Court Division, Clay County, North Carolina, Case No. 26cv000231-210.

6. Venue is proper in this Court because it is the judicial district and division embracing the place where the state court action was brought and is pending. See 28 U.S.C. §§ 1441(a), 1446(a).

7. By this Notice of Removal, ALE is not waiving, and expressly reserves, all defenses and additional rights afforded by the rules of court.

8. The Complaint contains a demand for a jury trial. (Complaint, Prayer for Relief ¶ 5).

## GROUNDS FOR REMOVAL

9. The United States District Court for the Western District of North Carolina has original subject matter jurisdiction of this case pursuant to 28 U.S.C. § 1332 (diversity jurisdiction) because there is complete diversity of citizenship between Plaintiffs and Defendants and the amount in controversy exceeds the statutory threshold of $75,000.00. (*See* Complaint, ¶¶ 1-7 and Prayer for Relief at ¶¶ 1-2). Accordingly, the amount in controversy requirement of 28 U.S.C. § 1332(a) is satisfied.

10. Pursuant to 28 U.S.C. § 1332(c)(1), a corporation is deemed to be a citizen of the State where it is incorporated and of the State where it has its principal place of business. Specifically, there is diversity of citizenship between Plaintiffs and Defendants under 28 U.S.C. §

1332(c)(1) in that:

a. Plaintiffs Marianne Tigar and Jessie Tigar are citizens and residents of Clay County, North Carolina. Upon information and belief, Marianne Tigar and Jessie Tigar are domiciled in North Carolina, intend to remain there, and are therefore citizens of North Carolina for purposes of 28 U.S.C. § 1332;

b. Plaintiff Marianne Hatchett sues in her capacity as Trustee of the Marianne O. Hatchett Revocable Trust, which owns property in Clay County, North Carolina. After conferring with Plaintiff's counsel, Plaintiff Marianne Hatchett is the same person as Plaintiff Marianne Tigar and "Hatchett" is Plaintiff Marianne's maiden name. At the time this action was commenced and at the time of removal, Ms. Hatchett/Tigar was and is domiciled in, and a citizen of, North Carolina, intends to remain there, and is therefore a citizen of North Carolina for purposes of 28 U.S.C. § 1332;

c. At the time the Complaint was filed, and at all intervening times, ALE was, and is, an Illinois corporation with its principal place of business in Illinois. (Complaint ¶ 3);

d. Upon information and belief, Defendant Auto-Owners Insurance Company is a corporation organized and operating under the laws of the State of Michigan with its principal place of business in Michigan. (Complaint ¶ 2); and

e. Upon information and belief, Defendant Ready Stays, LLC is a Florida limited liability company with its principal place of business in Florida. (Complaint ¶ 4). Each member of Defendant Ready Stays, LLC is domiciled

in, and a citizen of, the state of Florida.

11. Plaintiffs explicitly seek to recover damages in excess of $353,783.86, plus attorneys' fees, and an undisclosed amount in excess of $25,000 for unfair and deceptive trade practices. (Complaint at Prayer for Relief ¶¶ 1-3). Plaintiffs allege that Defendant Auto-Owners Insurance Company breached the contract of insurance issued to Plaintiffs by failing to respond to Plaintiffs' Sworn Statement in Proof of Loss and failing to pay $353,783.86 allegedly due for damage to Plaintiffs' dwelling, garage, and personal property at 695 Chatuge Village Circle, Hayesville, North Carolina, caused by a gas furnace malfunction on December 20, 2025. (Complaint ¶¶ 28–29). Plaintiffs further allege that all Defendants, including ALE, engaged in unfair and deceptive trade practices in connection with Plaintiffs' temporary housing under the policy's loss-of-use coverage, and they seek damages in excess of $25,000, together with attorneys' fees under Chapter 75 of the North Carolina General Statutes. (Complaint ¶¶ 22, 32–34)..

12. After filing this Notice of Removal, ALE will promptly serve written notice of the removal upon counsel for the Plaintiffs and other Defendants, and will file a notice with the Clerk of the General Court of Justice, Superior Court Division for Clay County, North Carolina in accordance with 28 U.S.C. § 1446(d).

WHEREFORE, Defendant ALE Solutions, Inc., respectfully requests that this action currently pending in the General Court of Justice, Superior Court Division for Clay County, North Carolina, Case No. 26cv000231-210, be removed therefrom in its entirety to this Court, as provided by law, and, pursuant to 28 U.S.C. § 1446(d), that the Clay County Superior Court proceed no further unless and until the case is remanded.

This the 24th day of November, 2026.


/s/Zachary S. Anstett
Zachary S. Anstett
N.C. State Bar No. 53371
**PARKER POE ADAMS & BERNSTEIN LLP**
301 Fayetteville Street, Suite 1400
P.O. Box 389 (27602-0389)
Raleigh, NC 27601
Telephone: (919) 828-0564
Facsmile: (919) 834-4564
Email: zackanstett@parkerpoe.com

Sarah F. Hutchins
N.C. State Bar No. 38172
**PARKER POE ADAMS & BERNSTEIN LLP**
620 S. Tryon Street, Suite 800
Charlotte, North Carolina 28202
Telephone: (704) 335-6639
Email: sarahhutchins@parkerpoe.com

*Attorneys for Defendant ALE Solutions, Inc.*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing "***Notice of Removal***" was electronically filed with the Clerk of Court using the CM/ECF system, and served upon counsel via First Class Mail, addressed as follows:

Zeyland G. McKinney, Jr.
McKinney Law Firm, P.A.
135 Peachtree Street, Suite 2
Murphy, NC 28906
Email: zmckinney2@gmail.com

John E. Spainhour
McAngus Goudelock & Courie LLC
10 Brook Street, Suite 200
Asheville, NC 28803
Email: jspainhour@mgclaw.com

Edward L. Bleynat Jr.
Ferikes Bleynat & Cannon PLLC
67 Charlotte Street
Asheville, NC 28801
Email: ed@ashevillelitigators.com

This the 24th day of November, 2026.

/s/Zachary S. Anstett
Zachary S. Anstett
N.C. State Bar No. 53371
**PARKER POE ADAMS & BERNSTEIN LLP**
301 Fayetteville Street, Suite 1400
P.O. Box 389 (27602-0389)
Raleigh, NC 27601
Telephone: (919) 828-0564
Facsmile: (919) 834-4564
Email: zackanstett@parkerpoe.com

*Attorneys for Defendant ALE Solutions, Inc.*